(108 App. Div. 278.)

### In re GULOTTA.

(Supreme Court, Appellate Division, First Department. November 2, 1905.)

ELECTIONS—NOMINATIONS BY ELECTORS—NUMBER OF SIGNATURES.

The assembly and aldermanic districts being coterminous, and the statute requiring that a certificate for an independent nomination of a member of the assembly should be subscribed and verified by at least 500 electors of the district, the same rule should apply to the requisite number to constitute a valid nomination for alderman.

Appeal from Special Term, New York County.

In the matter of Anthony J. Gulotta. From an order affirming the action of the election board, he appeals. Affirmed.

Argued before O'BRIEN, P. J., and McLAUGHLIN, PATTERSON, CLARKE, and LAUGHLIN, JJ.

A. S. Gilbert, for appellant.

Chas. H. Knox and A. J. Skinner, for respondent.

PER CURIAM. The order denying the motion to review the decision of the board of elections in rejecting the certificate of nomination, and affirming the action of the election board, should be affirmed. The assembly and aldermanic districts are coterminous. The statute requires that a certificate for an independent nomination of a member of assembly shall be subscribed and verified by at least 500 electors of the district. By analogy the same rule should apply to the requisite number to constitute a valid independent nomination for the office of alderman. In this proceeding the certificate filed shows 951 signatures. The affidavits presented before the election board show that 465 of these signatures should not be counted.

The order should therefore be affirmed.